IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF
FILED

JOE HENRY MCCANTS,

     Appellant,

  v.

        Case No.  5D22-1865
        LT Case No. 2019-305393-CFDB

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed March 7, 2023

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender,
and Jane Almy, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.